**Fill in this information to identify the case:**

Debtor name    __IMMERGENT INVESTMENTS LLC__

United States Bankruptcy Court for the: _____ District of _____

                                                       (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
**WELLS FARGO SBA LENDING**

Creditor's mailing address
c/o Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89130

Creditor's email address, if known
_____

Date debt was incurred    8/24/2016
Last 4 digits of account number    5 0 0 7

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
    No. 2.2 below

Describe debtor's property that is subject to a lien
**security interest in tangible property, accounts, paper, equipment, inventory, etc.**

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 187,965          $ _____

**2.2**

Creditor's name
**US SBA LENDING**

Creditor's mailing address
300 S 4th St.,  Suite 400
Las Vegas, NV 89101

Creditor's email address, if known
**LENDING.SBA.GOV**

Date debt was incurred    4/18/2020
Last 4 digits of account number    7 2 0 2

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**security interest in tangible property, accounts, paper, equipment, inventory, etc.**

Describe the lien
Emergency CARES ACT loan

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 349,800          $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 607,699

| Debtor | IMMERGENT INVESTMENTS LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**

**Creditor's name**

**STATE OF NEVADA**

**Creditor's mailing address**

**Department of Taxation**
700 E Warm Springs Rd, Suite 200
Las Vegas, NV 89119

**Creditor's email address, if known**
_____

**Date debt was incurred** 5/1/2020
**Last 4 digits of account number**   4  6  8  3

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

inventory; accounts; paper
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 69,934       $ _____

---

**2._**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number**   __  __  __  __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____       $ _____

---

Debtor _____    Case number *(if known)*_____
                    Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |