NVB 1009 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
IMMERGENT INVESTMENTS LLC

          Debtor(s)

BK−23−11835−nmc  
CHAPTER 11

NOTICE OF DEBTOR(S)  
NAME CHANGE

**NOTICE IS GIVEN** that pursuant to LR 1009, the clerk has changed the name from

    IMMERGENT INVESTMENTS, IMMERGENT INVESTMENTS LLC

to

    IMMERGENT INVESTMENTS LLC

on the docket for the following reason:

    *    To match the petition filed on 5/8/23.

If this does not correctly reflect the debtor(s) information, the debtor(s) is directed to file an amendment to the petition by 5/19/23 and notice the U.S. Trustee, trustee and all creditors.

Dated: 5/9/23

*Mary A Schott*

Mary A. Schott  
Clerk of Court