NVB 5075 (Rev. 2/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−11835−nmc |
| IMMERGENT INVESTMENTS LLC | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *3* – Appointment of Trustee Notice of Appointment of Subchapter V Trustee and Verified Statement. (DIDION, TERRI) |
| Filed On: | 5/9/23 |
| With A Hearing Date Of: | n/a |
| And A Hearing Time Of: | n/a |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)

Dated: 5/12/23

*Mary A. Schott*
Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**